| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | PATRICK SLAVIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-CR-00115-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE STATUS CONFERENCE** |
| vs. | ) | |
| | ) | |
| PATRICK SLAVIN, | ) | Date: January 11, 2018 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Todd A. Pickles, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Patrick Slavin, that the status conference scheduled for January 11, 2018 may be vacated and continued to March 8, 2018 at 9:30 a.m.

To date, the government has produced over 9,500 documents and substantial audio and video evidence in discovery. The defense requires additional time to review the voluminous discovery and to discuss the evidence with the defendant. Additionally, based on the nature of the offense and the alleged scheme, defense counsel may need to consult with experts in reviewing discovery. Further, there remains independent fact investigation to complete.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including March 8, 2018, pursuant to 18 U.S.C.

| Stipulation and Order to Continue Status Conference | -1- | *U.S. v. Patrick Slavin*, 2:17-CR-00115-TLN |
|---|---|---|

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 8, 2018
*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
PATRICK SLAVIN

Date: January 8, 2018
MCGREGOR W. SCOTT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

The Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 8, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the January 11, 2018 status conference shall be continued until March 8, 2018, at 9:30 a.m. before District Judge Troy L. Nunley.**

IT IS SO ORDERED.

DATED: January 9, 2018

_____
Troy L. Nunley
United States District Judge