McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK SLAVIN,<br><br>Defendant. | CASE NO. 2:17-CR-115 TLN<br><br>STIPULATION AND ORDER TO SET BRIEFING SCHEDULE |

The United States of America, through the undersigned Assistant United States Attorney, and defendant Patrick Slavin, through his assigned counsel of record Assistant Federal Defender Jerome Price, hereby agree and stipulate as follows:

1. By previous order of this Court, this matter has been set for a jury trial to commence on November 26, 2018 at 9:00 a.m. before this Court.

2. In order to efficiently prepare for trial, the parties agree to the following schedule:

   a. Any pretrial motions governed by Rule 12(b) of the Federal Rules of Criminal Procedure shall be filed on or before June 28, 2018.

   b. Any responses to any Rule 12(b) motions shall be filed on or before July 26, 2018.

   c. Any replies shall be filed on or before August 16, 2018.

   d. The hearing on any motions is requested to be set for September 6, 2018 at 9:30 a.m., or the next available date thereafter as may be set by the Court.

STIPULATION AND ORDER TO SET BRIEFING SCHEDULE     1

3. The Court has previously found that the time in which trial is to commence is excluded through November 26, 2018, in order to permit the defense a reasonable time to prepare for trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO STIPULATED.

Dated: May 4, 2018

McGREGOR W. SCOTT
United States Attorney

By: */s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

Dated: May 4, 2018

HEATHER WILLIAMS
Federal Public Defender

By: */s/ Todd A. Pickles for*
JEROME PRICE
Assistant Federal Defender

**ORDER**

The Court ADOPTS the parties' proposed briefing schedule. Any hearing on any motions filed under Rule 12(b) shall be heard by the Court on September 6, 2018 at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 4th day of May, 2018.

Troy L. Nunley
United States District Judge