McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-115 TLN |
|---|---|
| Plaintiff, | ORDER VACATING TRIAL DATE |
| v. | |
| PATRICK SLAVIN, | |
| Defendant. | |

This matter was set for trial to commence November 28, 2018. On October 25, 2018, the parties appeared before the Court for a trial confirmation hearing. On the motion of counsel for the defendant, the Court ordered defendant Patrick Slavin transferred to the custody of the Attorney General for purposes of an evaluation for his competency to stand trial pursuant to 18 U.S.C. § 4241 based upon the representation of defense counsel that there was reasonable cause to believe that the defendant may be presently suffering from a mental disease or defect that rendered him incompetent. The Court set the matter for a competency hearing on January 10, 2019 at 9:30. Time was excluded pursuant to 18 U.S.C. § 3161(h)(1)(A). Consequently, the Court hereby VACATES the trial date set for November 28, 2018.

IT IS SO ORDRED.

Dated: October 30, 2018

_____
Troy L. Nunley
United States District Judge

ORDER VACATING TRIAL DATE           1