| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | PATRICK SLAVIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-CR-00115-TLN |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING DEFENDANT'S** |
| | ) | **MOTION FOR A COMPETENCY** |
| vs. | ) | **EVALUATION PURSUANT TO** |
| | ) | **18 U.S.C. § 4247** |
| PATRICK SLAVIN, | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |
| | ) | |

Counsel for the defendant brought a motion under 18 U.S.C. § 4241(b) for a psychiatric examination of the defendant to be conducted. On October 25, 2018, the Court granted the motion for a psychiatric examination after hearing arguments from the parties. Accordingly, the Court hereby orders that Mr. Slavin be committed to the custody of the Attorney General forthwith for placement in and transportation to a suitable medical facility for a reasonable period not to exceed thirty days from the date of this order for the purpose of a psychiatric evaluation and report to assist the Court in determining Mr. Slavin's competency to stand trial. This evaluation shall be conducted pursuant to the provisions of 18 U.S.C. § 4247(b) and (c).

///

///

///

-1-

The Court further excludes time pursuant to 18 U.S.C. 3161 (h)(4) and Local Code N from October 25, 2018 to April 11, 2019, until such time that Mr. Slavin is found to be competent to stand trial.

IT IS SO ORDERED.

Date: January 9, 2019

_____
Troy L. Nunley
United States District Judge