HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
PATRICK SLAVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:17-CR-00115-TLN |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS CONFERENCE** |
| vs. | ) |
| | ) |
| PATRICK SLAVIN, | ) Date: July 25, 2019 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Matthew Craig Thuesen , Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Patrick Slavin, that the status conference scheduled for July 25, 2019 **may be vacated and continued to August 8, 2019 at 9:30 a.m.**

Defense counsel has requested further time to consult with retained expert regarding the BOP's report and conclusions. This time is needed based on defense counsel schedule. The government does not oppose this request.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including August 8, 2019, pursuant to 18 U.S.C. §3161 (h)(4), (h) (7) (A) and (B) (iv) and General Order 479, Local Code N and upon need for a competency evaluation, continuity of counsel, defense preparation, and the ends of justice are

1  served by granting the requested continuance and outweigh the best interests of the public and

2  defendant in a speedy trial.

3
                                        Respectfully submitted,
4

5

6                                        HEATHER E. WILLIAMS
                                        Federal Defender
7

8  Date: July 24, 2019                  */s/ Jerome Price*
                                        JEROME PRICE
9                                        Assistant Federal Defender
                                        Attorneys for Defendant
10                                       PATRICK SLAVIN

11 Date: July 24, 2019                  MCGREGOR W. SCOTT
                                        United States Attorney
12

13                                      */s/ Matthew Thuesen*
                                        MATTHEW CRAIG THUESEN
14                                       Assistant U.S. Attorney
                                        Attorney for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>ORDER</u>

The Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 8, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(4), (h)(7)(A) and(B)(iv) and General Order 479, (Local Code N).  **It is further ordered that the July 25, 2019 status conference shall be continued until August 8, 2019, at 9:30 a.m. before District Judge Troy L. Nunley.**

IT IS SO ORDERED.

Dated: July 24, 2019

_____
Troy L. Nunley
United States District Judge