| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | PATRICK SLAVIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-CR-00115-TLN |
|---|---|
| Plaintiff, | ) **ORDER COMMITTING DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL FOR PSYCHIATRIC TREATMENT PURSUANT TO 18 U.S.C. § 4241(d)** |
| vs. | |
| PATRICK SLAVIN, | |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

Counsel for the defendant brought a motion under 18 U.S.C. § 4241(b) for a psychiatric examination of the defendant to be conducted. On October 25, 2018, the Court granted the motion for a psychiatric examination after hearing arguments from the parties. The Bureau of Prisons conducted a psychiatric evaluation, which concluded that the defendant was not competent to stand trial. On August 8, 2019, the Court held a competency hearing to address the defendant's competency to stand trial. After hearing from the parties and for the reasons stated on the record, the Court found that the defendant is presently incompetent to stand trial. Accordingly, pursuant to 18 U.S.C. § 4241(d)(1), the Court hereby orders that the defendant be committed to the custody of the Attorney General forthwith for treatment in a suitable medical facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future the defendant

-1-

will attain the capacity to permit the proceedings to go forward. The U.S. Marshals are hereby directed to deliver custody of the defendant to the Attorney General forthwith for such treatment.

The Court further excludes time from August 8, 2019, until such time as the Court determines the defendant's mental condition is so improved that the trial may proceed, pursuant to 18 U.S.C. § 3161 (h)(4), (h)(7)(A), (h)(7)(B)(iv) and General Order 479, Local Code N, and upon the need for competency restoration, continuity of counsel, and defense preparation, and the Court's finding that the ends of justice served by granting such continuance outweigh the best interests of the public and defendant in a speedy trial.

**IT IS SO ORDERED.**

Date: August 12, 2019

Troy L. Nunley
United States District Judge