HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
PATRICK SLAVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:17-CR-00115-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING** |
| vs. | |
| PATRICK SLAVIN, | Date:  July 27, 2020 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

Attorney, through Matthew Thuesen, Assistant United States Attorney, counsel for Plaintiff, and

Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel

for Defendant Patrick Slavin, that the Evidentiary Hearing scheduled for July 27, 2020 **may be**

**vacated and continued to August 31, 2020 at 9:00 a.m.**

Due to current COVID-19 situation at Sacramento County Main Jail, defense counsel

would also like avoid transportation of Mr. Slavin from Springfield, Missouri until there is more

clarity about whether the Court would be available for in-person proceedings.  That information

would allow Mr. Slavin to make an informed decision as to whether to waive his right to

personally appear and instead remain in Springfield to appear by video conference for the

hearing.  If court proceedings in the Eastern District of California will still be conducted

remotely, whereby the defendant appears from the Marshal's lockup instead of in the courtroom,

1   then Mr. Slavin would face similar barriers to being able to confer with counsel as he would by

2   appearing remotely from Missouri, in which case he would likely prefer to stay in Missouri.

3           Additionally, counsel desires additional time to prepare for the evidentiary hearing,

4   which involves consulting with his expert about the proposed treatment plan disclosed to the

5   parties on July 2, 2020.  The parties expect the hearing to last between 2 and 3 court days.  The

6   government does not oppose this request.

7           Based upon the foregoing, the parties agree time under the Speedy Trial Act has already

8   been excluded and should be continue to be excluded pursuant to 18 U.S.C. §3161 (h)(4) and

9   General Order 479, Local Code N, until such time as the Court determines the defendant's mental

10  condition is so improved that the trial may proceed.

11
                                            Respectfully submitted,
12

13

14                                          HEATHER E. WILLIAMS
                                            Federal Defender
15

16  Date: July 20, 2020                    */s/  Jerome Price*
                                            JEROME PRICE
17                                          Assistant Federal Defender
                                            Attorneys for Defendant
18                                          PATRICK SLAVIN

19  Date: July 20, 2020                    MCGREGOR W. SCOTT
                                            United States Attorney
20

21                                          */s/ Matthew Thuesen*
                                            MATTHEW THUESEN
22                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff
23

24

25

26

27

28

1

## **O R D E R**

2          The Court, having reviewed and considered the parties' stipulation, and good cause

3 appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The evidentiary

4 hearing is re-set to commence on August 31, 2020 at 9:00 a.m. before District Judge Troy L.

5 Nunley.

6          The Court continues to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. §§

7 3161(h)(4) and General Order 479 (Local Code N), until such time as the Court determines that

8 the defendant's mental condition is so improved that the trial may proceed.

9

10          **IT IS SO ORDERED.**

11

12 Dated: July 20, 2020

13                                                    Troy L. Nunley
                                                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28