HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
PATRICK SLAVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:17-CR-00115-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING** |
| vs. | |
| PATRICK SLAVIN, | Date:  August 31, 2020 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Matthew Thuesen, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Patrick Slavin, that the Evidentiary Hearing scheduled for August 31, 2020 **may be vacated and continued to October 26, 2020 at 9:00 a.m.**

Due to current COVID-19 situation at Sacramento County Main Jail and the court closure to the public, defense counsel would like avoid transportation of Mr. Slavin from Springfield, Missouri and instead proceed with a waiver of Mr. Slavin's physical presence.  The parties are asking to continue the evidentiary hearing, in part, to obtain Mr. Slavin's waiver.  Further, counsel desires additional time to prepare for the evidentiary hearing, which involves consulting with his expert about the proposed treatment plan disclosed to the parties on July 2, 2020.  The parties expect the hearing to last between 2 and 3 court days.  The government does not oppose

1   this request.

2         Based upon the foregoing, the parties agree time under the Speedy Trial Act has already

3   been excluded and should be continue to be excluded pursuant to 18 U.S.C. §3161 (h)(4) and

4   General Order 479, Local Code N, until such time as the Court determines the defendant's mental

5   condition is so improved that the trial may proceed.

6                                       Respectfully submitted,

7

8                                       HEATHER E. WILLIAMS
                                        Federal Defender
9

10  Date: August 25, 2020              */s/  Jerome Price*
                                        JEROME PRICE
11                                      Assistant Federal Defender
                                        Attorneys for Defendant
12                                      PATRICK SLAVIN

13

14  Date: August 25, 2020              MCGREGOR W. SCOTT
                                        United States Attorney
15
                                        */s/ Matthew Thuesen*
16                                      MATTHEW THUESEN
                                        Assistant U.S. Attorney
17                                      Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

1

## **O R D E R**

2      The Court, having reviewed and considered the parties' stipulation, and good cause

3 appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The evidentiary

4 hearing is re-set to commence on October 26, 2020 at 9:00 a.m. before District Judge Troy L.

5 Nunley.

6      The Court continues to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. §§

7 3161(h)(4) and General Order 479 (Local Code N), until such time as the Court determines that

8 the defendant's mental condition is so improved that the trial may proceed.

9

10 IT IS SO ORDERED.

11

12 Dated: August 25, 2020

13                                                                 Troy L. Nunley
                                                                   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Evidentiary        -3-            *U.S. v. Patrick Slavin*, 2:17-CR-00115-TLN
Hearing