HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
PATRICK SLAVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:17-CR-00115-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING** |
| vs. | |
| PATRICK SLAVIN, | Date:  October 26, 2020 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Matthew Thuesen, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Patrick Slavin, that the Evidentiary Hearing scheduled for October 26, 2020 **may be vacated and continued to January 11, 2021 at 9:00 a.m.**

Due to current COVID-19 situation at Sacramento County Main Jail and the court closure to the public, defense counsel would like avoid transportation of Mr. Slavin from Springfield, Missouri and instead proceed with a waiver of Mr. Slavin's physical presence.  The parties are asking to continue the evidentiary hearing, in part, to obtain Mr. Slavin's waiver.  Further, counsel desires additional time to prepare for the evidentiary hearing, which involves consulting with his expert about the proposed treatment plan disclosed to the parties on July 2, 2020.  The parties expect the hearing to last between 2 and 3 court days.  The government does not oppose

this request.

Based upon the foregoing, the parties agree time under the Speedy Trial Act has already been excluded and should be continue to be excluded pursuant to 18 U.S.C. §3161 (h)(4) and General Order 479, Local Code N, until such time as the Court determines the defendant's mental condition is so improved that the trial may proceed.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 21, 2020

/s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
PATRICK SLAVIN

Date: October 21, 2020

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew Thuesen
MATTHEW THUESEN
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The evidentiary hearing is re-set to commence on January 11, 2021 at 9:00 a.m. before District Judge Troy L. Nunley.

The Court continues to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(4) and General Order 479 (Local Code N), until such time as the Court determines that the defendant's mental condition is so improved that the trial may proceed.

IT IS SO ORDERED.

Dated: October 21, 2020

Troy L. Nunley
United States District Judge