McGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-115 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING EVIDENTIARY HEARING |
| v. | DATE: January 11, 2021 |
| PATRICK SLAVIN, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

On October 21, 2020, this Court set this matter for an evidentiary hearing regarding the government's request for an order authorizing the involuntary administration of medication to defendant in order to restore his competency to stand trial. That hearing is scheduled for January 11, 2021. For purposes of the hearing, plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate to and request the Court find and order the following:

1.  Dr. Robert G. Sarrazin, M.D., is qualified as an expert in the field of psychiatry and may testify accordingly pursuant to Fed. R. Evid. 702.

2.  Dr. Lea Ann Preston Baecht, Ph.D., is qualified as an expert in the field of psychology and may testify accordingly pursuant to Fed. R. Evid. 702.

3.  Dr. Tiffany K. Smith, Psy.D., is qualified as an expert in the field of psychology and may testify accordingly pursuant to Fed. R. Evid. 702.

STIPULATION AND ORDER  1

4. Dr. Robin F. Lin, M.D., is qualified as an expert in the field of psychiatry and may testify accordingly pursuant to Fed. R. Evid. 702.

5. The experts identified in paragraphs 1-4 shall not be excluded during another witness' testimony.

6. The following exhibits are admitted for all purposes:

   a. Exhibit 1: a true and correct copy of Dr. Smith's Forensic Evaluation dated May 7, 2019.

   b. Exhibit 2: a true and correct copy of Dr. Smith's Curriculum Vitae.

   c. Exhibit 3: a true and correct copy of Dr. Preston Baecht's Forensic Report dated March 9, 2020.

   d. Exhibit 3A: a true and correct copy of the cover letter dated March 24, 2020, accompanying Dr. Preston Baecht's Forensic Report.

   e. Exhibit 4: a true and correct copy of Dr. Preston Baecht's Curriculum Vitae.

   f. Exhibit 5: a true and correct copy of Dr. Sarrazin's Proposed Treatment Plan dated June 19, 2020.

   g. Exhibit 5A: a true and correct copy of the cover letter dated June 19, 2020, accompanying Dr. Sarrazin's Proposed Treatment Plan.

   h. Exhibit 6: a true and correct copy of Dr. Sarrazin's Curriculum Vitae.

   i. Exhibit 7: a true and correct copy of Bureau of Prisons Psychology Services records regarding defendant.

   j. Exhibit 8: a true and correct copy of Bureau of Prisons Health Services Clinical Encounter records regarding defendant.

   k. Exhibit 9: a true and correct copy of Bureau of Prisons Health Services Clinical Encounter record regarding an encounter with defendant on November 7, 2019.

   l. Exhibit 10: a true and correct copy of Bureau of Prisons Hearing Report regarding a hearing involving defendant that occurred on February 25, 2020.

   m. Exhibit 11: a true and correct copy of Dr. Lin's report dated July 30, 2018.

   n. Exhibit 12: a true and correct copy of Dr. Lin's Curriculum Vitae.

7. Because the hearing will involve testimony and exhibits detailing the defendant's mental health status, the hearing and the exhibits identified in paragraphs 6.a-n, as well as any other exhibits introduced during the hearing, shall be sealed, until further order of the Court.

IT IS SO STIPULATED.

Dated:  January 7, 2021            MCGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ MATTHEW THUESEN
                                   MATTHEW THUESEN
                                   Assistant United States Attorney


Dated:  January 7, 2021            /s/ JEROME PRICE
                                   JEROME PRICE
                                   Counsel for Defendant
                                   PATRICK SLAVIN

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 7th day of January, 2021.

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER                                    3