1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW THUESEN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-115 TLN |
| Plaintiff, | STIPULATION AND ORDER REGARDING *SELL* BRIEFING |
| v. | |
| PATRICK SLAVIN, | |
| Defendant. | |

On January 11-13, 2021, pursuant to *United States v. Sell*, 539 U.S. 166 (2003), this Court held an evidentiary hearing regarding the government's request for an order authorizing the involuntary administration of medication to defendant in order to restore his competency to stand trial. Following the hearing, this Court requested the parties submit briefing on whether the government met its burden to obtain such an order. The parties stipulate to and request the Court enter an order setting the following briefing schedule: (1) the parties shall file opening briefs by February 26, 2021, and (2) the parties shall file any reply briefs by March 5, 2021.

//
//
//
//
//

STIPULATION AND ORDER

1

IT IS SO STIPULATED.

Dated:  January 19, 2021					McGREGOR W. SCOTT
							United States Attorney


							/s/ MATTHEW THUESEN
							MATTHEW THUESEN
							Assistant United States Attorney


Dated:  January 19, 2021					/s/ JEROME PRICE
							JEROME PRICE
							Counsel for Defendant
							PATRICK SLAVIN

## ORDER

Having received and considered the parties' stipulation, the Court adopts the stipulation as its order.

IT IS SO ORDERED this 19th day of January, 2021.

							Troy L. Nunley
							United States District Judge