1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  JEROME PRICE, SBN # 282400
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   PATRICK SLAVIN

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      ) Case No.  2:17-CR-00115-TLN
   |                                )
12 |           Plaintiff,            ) **STIPULATION AND ORDER TO**
   |                                ) **CONTINUE BRIEFING SCHEDULE**
13 | vs.                             )
   |                                )
14 |                                ) Judge: Hon. Troy L. Nunley
   | PATRICK SLAVIN,                 )
15 |                                )
   |           Defendant.            )
16 |                                )
   |                                )
17

18         IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

19 Attorney, through Matthew Thuesen, Assistant United States Attorney, counsel for Plaintiff, and

20 Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel

21 for Defendant Patrick Slavin, that the current briefing schedule may be modified.  Upon the

22 stipulation by the parties, the Court previously ordered simultaneous filing of Opening Briefs by

23 February 26, 2021, and any reply briefs due on March 5, 2021.  Through this stipulation, the

24 parties agree that the briefing schedule may be modified as follows:

25        1.  Opening briefs due by March 12, 2021;

26        2.  Any reply briefs due March 26, 2021.

27         This modification is requested due to obtaining the transcripts later than the parties had

28

1  expected.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 24, 2021

/s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
PATRICK SLAVIN

Date: February 24, 2021

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew Thuesen
MATTHEW THUESEN
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

The Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order. The opening briefs are now due **March 12, 2021** and any reply briefs due by **March 26, 2021**.

**IT IS SO ORDERED**.

Dated: February 24, 2021

_____
Troy L. Nunley
United States District Judge