PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK SLAVIN,<br><br>Defendant. | CASE NO. 2:17-CR-115-TLN<br><br>STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE<br><br>Judge: Hon. Troy L. Nunley |

On February 25, 2021, this Court ordered the parties to file opening briefs by March 12, 2021, regarding the United States' request for an order authorizing the involuntary administration of medication to defendant in order to restore his competency to stand trial, and the Court ordered the parties to file any reply briefs by March 26, 2021. ECF No. 67. The parties stipulate to and jointly request the Court enter an order modifying the current briefing schedule as follows: (1) the parties shall file opening briefs by March 18, 2021, and (2) the parties shall file any reply briefs by March 26, 2021.

Because the requested order will modify only the due date for opening briefs, it will not affect the overall briefing period.

//

//

| | |
|---|---|
| Dated: March 8, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ MATTHEW THUESEN<br>MATTHEW THUESEN<br>Assistant United States Attorney |
| Dated: March 8, 2021 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>/s/ JERMOME PRICE<br>JEROME PRICE<br>Assistant Federal Defender<br>Counsel for Patrick Slavin |

## ORDER

Having received and considered the parties' stipulation, the Court adopts the stipulation as its order.

IT IS SO ORDERED this 8th day of March, 2021.

Troy L. Nunley
United States District Judge