UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK SLAVIN,<br><br>Defendant. | No. 2:17-cr-00115-TLN<br><br><br><br>**ORDER** |

The Court has read and considered Defendant Patrick Slavin's ("Defendant") Motion for Stay of Order Authorizing Involuntary Administration of Antipsychotic Medication Pending Interlocutory Appeal. (ECF No. 77.) The Government filed a statement of non-opposition. (ECF No. 78.) The Court hereby GRANTS Defendant's motion (ECF No. 77) and STAYS execution of this Court's order (ECF No. 75) pending the outcome of Defendant's interlocutory appeal.

IT IS SO ORDERED.

DATED: April 26, 2021

Troy L. Nunley
United States District Judge

1