PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-115 TLN |
| Plaintiff, | STIPULATION AND ORDER TO LIFT STAY |
| v. | |
| PATRICK SLAVIN, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On April 23, 2021, this Court entered an Order granting the government's Motion to Involuntarily Medicate Defendant ("Order"). ECF No. 75.

2. On April 26, 2021, this Court stayed execution of the Order pending the outcome of Defendant's appeal. ECF No. 80.

3. On February 25, 2022, the Ninth Circuit affirmed the Order. ECF No. 87. Mandate issued on March 21, 2022. ECF No. 88.

4. The parties jointly request that this Court enter an order lifting the stay of execution of the Order.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  April 20, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ MATTHEW THUESEN<br>MATTHEW THUESEN<br>Assistant United States Attorney |
| Dated:  April 20, 2022 | /s/ JEROME PRICE<br>JEROME PRICE<br>Counsel for Defendant<br>PATRICK SLAVIN |

## ORDER

Having received and considered the parties' stipulation, the Court adopts the stipulation as its order.

IT IS SO ORDERED this 20th day of April, 2022.

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER                                2