PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-115 DJC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING STATUS CONFERENCE |
| v. | |
| PATRICK SLAVIN, | |
| Defendant. | |

On May 8, 2023, a forensic psychologist from the United States Medical Center for Federal Prisoners in Springfield, Missouri, issued a report in which she opined that the defendant is unlikely to be restored to competency within the foreseeable future. The parties stipulate to and request that this Court enter an order setting this matter for a status conference on July 13, 2023, to discuss how this matter should proceed.

IT IS SO STIPULATED.

Dated: June 23, 2023                    PHILLIP A. TALBERT
                                        United States Attorney

                                        /s/ MATTHEW THUESEN
                                        MATTHEW THUESEN
                                        Assistant United States Attorney

STIPULATION AND ORDER                   1

Dated:  June 23, 2023                    /s/ JEROME PRICE
                                                          JEROME PRICE
                                                          Counsel for Defendant
                                                          PATRICK SLAVIN

## ORDER

Having received and considered the parties' stipulation, the Court ORDERS the parties to appear for a status conference before this Court on July 13, 2023, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  June 23, 2023                    /s/ Daniel J. Calabretta
                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                          UNITED STATES DISTRICT JUDGE