HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
PATRICK SLAVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00115-DJC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| PATRICK SLAVIN, | Date: July 13, 2023 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Matthew Craig Thuesen, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Patrick Slavin, that the status conference scheduled for July 13, 2023 **may be vacated and continued to July 20, 2023, at 9:00 a.m.**

Defense counsel has tried to contact BOP staff in Springfield, Missouri to arrange a legal call with Mr. Slavin, without success. The new date should provide enough time for Defense counsel to obtain a waiver of appearance to avoid transportation of Mr. Slavin back to Sacramento for appearance at the status conference. Therefore, the parties request to continue the status conference to July 20, 2023.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including July 20, 2023, pursuant to 18 U.S.C.

§3161 (h)(4), (h) (7) (A) and (B) (iv) and General Order 479, Local Code N and upon need for a competency evaluation, continuity of counsel, defense preparation, and the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 12, 2023

/s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
PATRICK SLAVIN

Date: July 12, 2023

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew Thuesen
MATTHEW CRAIG THUESEN
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

The Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 20, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(4), (h)(7)(A) and(B)(iv) and General Order 479, (Local Code N). **It is further ordered that the July 13, 2023 status conference shall be continued until July 20, 2023, at 9:00 a.m. before District Judge Daniel J. Calabretta.**

IT IS SO ORDERED.

Dated:  July 12, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE