1   HEATHER E. WILLIAMS, SBN #122664
    Federal Defender
2   JEROME PRICE, SBN # 282400
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, CA 95814
    Telephone: (916) 498-5700
5   Fax: (916) 498-5710

6   Attorneys for Defendant
    PATRICK SLAVIN
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  2:17-CR-00115-DJC
                                     )
12             Plaintiff,            )  **CONSENT TO PROCEED VIA VIDEO-**
                                     )  **TELECONFERENCE; ORDER**
13  vs.                              )
                                     )  Date:   July 20, 2023
14  PATRICK SLAVIN,                  )  Time:  9:30 A.M.
                                     )  Judge: Daniel J. Calabretta
15             Defendant.            )
                                     )
16  _____ )

17

18          Pursuant to Fed. R. Crim. P. Rule 43(b)(3), Defendant Patrick Slavin waives his right to be

19  personally present and instead consents to proceed with this hearing by video-teleconference.

20  Defendant understands that he has the right to be physically present at this hearing. He voluntarily

21  agrees to waive it and to proceed remotely. Counsel joins in this consent and waiver.

22  Mr. Slavin is currently in the custody of the Attorney General and housed at the Federal Medical

23  Facility in Springfield, Missouri. He would prefer to appear remotely rather than be transported to

24  Sacramento to attend this status conference.

25  //

26  //

27  //

28  //

                                    -1-

Dated: July 19, 2023

/s/ Patrick Slavin
PATRICK SLAVIN

I agree and consent to my Client's appearance at his status conference by video-teleconference.

Dated:  July 19, 2023

/s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
PATRICK SLAVIN

IT IS SO ORDERED.


Dated:  July 19, 2023                                  /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE