HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
PATRICK SLAVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-CR-00115-DJC |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER ADVANCING STATUS CONFERENCE TO AUGUST 17, 2023** |
| PATRICK SLAVIN, | ) |
| Defendant. | ) |

The Court, having reviewed and considered Defendant Patrick Slavin's Request to Advance the Status Conference to August 17, 2023, and good cause appearing therefrom, hereby orders that the August 18, 2023 status conference shall be advanced to August 17, 2023, at 9:00 a.m. before District Judge Daniel J. Calabretta.

IT IS SO ORDERED.

DATED: August 16, 2023            /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE