**FILED**

8/17/2023

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

PATRICK SLAVIN,

      Defendant.

Case No.  2:17-cr-00115 DJC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL

This is to authorize and direct you to release <u>PATRICK SLAVIN</u> – Case No. <u>2:17-cr-00115 DJC</u>; Charge <u>18 U.S.C. §§ 1341 and 1343</u> – from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $

_____ Unsecured Appearance Bond $

_____ Appearance Bond with 10% Deposit

**X** Other:  Upon motion by the government, and without objection from the defendant, the Court DISMISSED the Indictment.  Defendant shall be released from Sacramento County Main Jail to an employee from the Federal Defender's Office at 9:00 a.m. on Friday, August 18, 2023.

**X** Sacramento County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant was provided by the Bureau of Prisons.

Issued at Sacramento, California on 8/17/2023 at 10:00 AM.

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE